IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**TAMMY TRIM,**

    **Plaintiff,**

**vs.**                                                                 **CASE NO. 5:11-cv-267/RS-CJK**

**DOLLAR TREE STORES, INC.,**

    **Defendant.**
_____ /

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 29). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to obey discovery orders, failure to attend her deposition, and failure to prosecute and comply with orders of the court.

3. The Motion to Dismiss (Doc. 24) is **GRANTED in part**, to the extent that the case is dismissed without prejudice.

4. All outstanding motions are **DENIED as moot**.

5. The clerk is directed to close the file.

**ORDERED** on February 3, 2012.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**
